AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Tonya Webb

*Defendant*

)
)  Case: 1:23-mj-00197
)  Assigned To : Upadhyaya, Moxila A.
)  Assign. Date : 8/7/2023
)  Description: Complaint W/ Arrest Warrant
)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Tonya Webb,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in any of the Capitol Buildings.

Date: 08/08/2023

*Issuing officer's signature*
Moxila A. Upadhyaya
2023.08.08 17:19:05 -04'00'

City and state: Washington, D.C.    MOXILA A. UPADHYAYA, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 08/21/2023, and the person was arrested on *(date)* 08/25/2023
at *(city and state)* Huntsville, AL.

Date: 08/25/2023

*Arresting officer's signature*
Randy Markham

*Printed name and title*
Randy Markham, FBI Special Agent